# United States Court of Appeals for the Fifth Circuit

---

No. 22-10536
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 31, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Symon Anthony Maldonado,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:21-CR-96-9

---

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Symon Anthony Maldonado has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Maldonado has filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10536

Maldonado's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

There is a clerical error in the written judgment. Maldonado was sentenced to a total of 121 months of imprisonment, but the written judgment incorrectly states that his term of imprisonment is 151 months. We may remand to correct this "scrivener's error." *United States v. Escajeda*, 8 F.4th 423, 428 (5th Cir. 2021). Accordingly, we REMAND for the limited purpose of correcting that error. *See* FED. R. CRIM. P. 36.